LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
HORNBECK OFFSHORE TRANSPORTATION, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HORNBECK OFFSHORE TRANSPORTATION, LLC

<u>**ECF Case**</u>

                Plaintiff,

**08 Civ. 0595 (LAK)**

      -against-

**RULE 7.1**
<u>**STATEMENT**</u>

DREDGE 853, her tackle, engines, boilers, etc., *in rem*;
The Tug RALEIGH C, her tackle, engines, boilers, etc., *in rem;*
and CALDWELL MARINE INTERNATIONAL, LLC.,
*in personam*

                Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Plaintiff HORNBECK OFFSHORE TRANSPORTATION, LLC, certifies that the corporate parent: Hornbeck Offshore Services Inc., is publicly traded on the New York Stock Exchange.

      All other affiliates and/or subsidiaries of Hornbeck Offshore Services, Inc., are not publicly held.

Dated: January 23, 2008
    New York, New York

                            LYONS & FLOOD, LLP
                             Attorneys for Plaintiff
                             HORNBECK OFFSHORE TRANSPORTATION
                             LLC

By:    _Edward P. Flood_____
               Edward P. Flood (EPF-5797)
               65 West 36th Street, 7th Floor
               New York, New York 10018

U:\FLOODDOC\2617009\Pleadings\Rule 7.1-HORNBECK-COLDWELL .doc