UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   AFFIDAVIT OF SERVICE
HORNBECK OFFSHORE TRANSPORTATION, LLC     Case No. 08 CV 0595

                                      Plaintiff,

   - against -

DREDGE 853, her tackle, engines, boilers, etc, in rem;
The Tug RALEIGH C, her tackle, engines, boilers,
etc in rem; and CADWELL MARINE
INTERNATIONAL,LLC, in personam,
                                    Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss.:
QUEENS COUNTY       )

    Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On January 25, 2008, at approximately 2:10 p.m., at 111 Eighth Avenue, 13th Floor, New York, NY 10011, Deponent served the within Summons and Verified Complaint, upon: **Caldwell Marine International, LLC** via their Registered Agent CT Corporation System, by delivering to and leaving with Elena Bou, Clerk at CT Corporation System, a true and correct copy of said documents. At the time of said service, Elena Bou, stated that she is duly authorized to accept service of legal documents on behalf of CT Corporation System on behalf of Caldwell Marine International, LLC.

    Elena Bou, is described a white female, approximately 42-44 yrs. of age, 120-130 lbs., 5'4"-5'5" tall, with blond hair .

                                                         _____
                                                                 Anthony Arnold

Sworn to before me this
January 29, 2008

_____
    Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York City
Commission Expires November 17, 2009