David H. Fromm (DF-9334)
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
(212)983-8500
Attorneys for Defendant,
CALDWELL MARINE INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HORNBECK OFFSHORE TRANSPORTATION, LLC,

               Plaintiff,               Index No.:  08 CV 0595 (LAK)

   -against-                     **RULE 7.1 STATEMENT**

DREDGE 853, her tackle, engines, boilers, etc., in rem;
The Tug RALEIGH C, her tackle, engines, boilers, etc.,
in rem; and CALDWELL MARINE INTERNATIONAL,
LLC., in personam,

               Defendants.
------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, CALDWELL MARINE INTERNATIONAL, LLC certifies that there are no corporate parents, subsidiaries, or affiliates of these parties which are publicly held.

Dated:  New York, New York
        February 22, 2008

                                                Yours, etc.

                                                BROWN GAVALAS & FROMM LLP
                                                Attorneys for Defendant
                                                CALDWELL MARINE
                                                INTERNATIONAL, LLC

                                                    /S/
                                                David H. Fromm (DF 9334)
                                                355 Lexington Avenue
                                                New York, New York 10017
                                                (212) 983-8500