UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HORNBECK OFFSHORE TRANSPORTATION, LLC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

Plaintiff,

**ECF CASE**

- against -

08 Civ. 0595 (LAK)

DREDGE 853, her tackle, engines, boilers, etc., *in rem*;
The Tug RALEIGH C, her tackle, engines, boilers, etc., *in
rem;* and CALDWELL MARINE INTERNATIONAL,
LLC., *in personam,*

Defendant.

------------------------------------------------------------------X

## <u>Consent Scheduling Order</u>

Upon consent of the parties, it is hereby

ORDERED as follows:

1.      No additional parties may be joined after March 28, 2008.

2.      No amendments to the pleadings will be permitted after March 28, 2008.

3.      The parties shall make required Rule 26(a)(2) disclosures with respect to:

(a) expert witnesses on or before May 23, 2008;

(b) rebuttal expert witnesses on or before June 13, 2008.

4.      All discovery, including any depositions of experts, shall be completed on or before July 11,
2008.

5.      A Joint Pretrial Order in the form prescribed in Judge Kaplan's Individual Rules shall be filed
on or before August 5, 2008.

6.      No motion for summary judgment shall be served after the deadline fixed for submission of
the pretrial order.  The filing of a motion for summary judgment does not relieve the parties
of the obligation to file the pretrial order on time.

7.      If any party claims a right to trial by jury, proposed voir dire questions and jury instructions
shall be filed with the joint pretrial order.

8.      Each party or group of parties aligned in interest shall submit not less than ten (10) days prior
to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal
and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.    This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.


Dated: February 28, 2008

Lewis A. Kaplan
United Stated District Judge



CONSENTED TO:


Edward P. Flood, Esq. (EPF-5797)
Lyons & Flood, LLP
Attorneys for Plaintiff
65 West 36th Street, 7th Floor
New York, NY 10018



David H. Fromm (DF-9334)
Brown, Gavalas & Fromm, LLP
Attorneys for Defendant
355 Lexington Avenue
New York, NY 10017