COPY

David H. Fromm (DF-9334)
Frank J. Rubino, Jr. (FR-6202)
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

Attorneys for Defendant
CALDWELL MARINE INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HORNBECK OFFSHORE TRANSPORTATION, LLC,

          Plaintiff,

08 CV 0595 (LAK)

-against-

**ECF CASE**

DREDGE 853, her tackle, engines, boilers, etc., in rem;
The Tug RALEIGH C, her tackle, engines, boilers, etc., in rem; and CALDWELL MARINE INTERNATIONAL, LLC, in personam,

**STIPULATION**

          Defendants.
-----------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREEED, by and between the undersigned, subject to the approval by the Court, that the Consent Scheduling Order dated February 28, 2008, be and is hereby amended as follows:

     1.     All discovery, including any depositions of experts, shall be completed on or before August 15, 2008.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

2.  A Joint Pretrial Order in the form prescribed in Judge Kaplan's Individual Rules shall be filed on or before September 16, 2008.

Dated: New York, New York
       July 2, 2008

_____                    _____
Edward P. Flood (EPF 5797)                   David H. Fromm (DF-9334)
LYONS & FLOOD, LLP                           BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiffs                     Attorneys for Defendant
65 West 36th Street, 7th Floor               Caldwell Marine International, LLC
New York, New York 10018                     355 Lexington Avenue
(212) 594-2400                               New York, New York 10017
                                             (212) 983-8500

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

7/7/08